UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA MARIE CLYMER,

    Plaintiff,

v.                                                 CASE NO.: 8:11-cv-1182-T-23MAP

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

**ORDER**

An administrative law judge (ALJ) denied Tina Marie Clymer disability, disability insurance benefits, and supplemental security income. Asserting that the ALJ erred, Clymer sues the Commissioner of Social Security. The magistrate judge issues a report finding that the ALJ's decision applies the correct legal standard and enjoys the support of substantial evidence.

Clymer submits no objection. The report and the Commissioner's paper (Doc. 17) establish that the ALJ committed no error in denying Clymer benefits. Accordingly, the report and recommendation (Doc. 18) is **ADOPTED**, the decision of the Commissioner is **AFFIRMED**, and Clymer's action is **DISMISSED**. The

clerk is directed to (1) enter a judgment for the Commissioner of Social Security and (2) close the case.

ORDERED in Tampa, Florida, on July 5, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE